UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Joseph Gregory DuMouchelle,

    Defendant.

Criminal No. 20-cr-20245

Hon. Mark A. Goldsmith

## STIPULATION AND ORDER TO CONTINUE SENTENCING DATE

The United States of America and defendant, Joseph Gregory DuMouchelle, hereby stipulate and agree to continue the sentencing date for a period of approximately 60 days, from July 27, 2021 to September 27, 2021 at 10:00 a.m. The parties stipulate and agree to this request in light of the COVID-19 pandemic, which has limited court hearings to video or telephonic proceedings.

IT IS SO STIPULATED AND AGREED:

Respectfully submitted,

SAIMA MOHSIN
Acting United States Attorney

s/ Karen Reynolds
Karen Reynolds
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Karen.reynolds@usdoj.gov
(313) 226-9672

s/Jonathan M. Epstein
Jonathan M. Epstein
Attorney for Defendant
Federal Defender Office
613 Abbott St., 5th Fl
Detroit, MI 48226
jonathan_eptein@fd.org
(313) 967-5840

The Court having considered the stipulation and agreement of the parties;

The sentencing date in this case is adjourned from July 27, 2021 to September 27, 2021 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  July 8, 2021                        s/Mark A. Goldsmith
    Detroit, Michigan               MARK A. GOLDSMITH
                                               United States District Judge