UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 20-20245

JOSEPH GREGORY DUMOUCHELLE,        HON. MARK A. GOLDSMITH

    Defendant.
_____/

**ORDER REGARDING MOTION TO WITHDRAW**

In light of the motion to withdraw (Dkt. 29) filed by Jonathan Epstein, counsel for Defendant Joseph Dumouchelle, Mr. Epstein must file, on or before October 4, 2021, an affidavit under seal and ex parte, setting forth the specific facts in support of his conclusion, as alleged in his motion, that there has been a "breakdown" in the attorney-client relationship. The affidavit must attach any documents in support, including any communications to and from Defendant.

The Court is inclined to conduct an in camera, ex parte, sealed hearing on the motion with only Defendant and Mr. Epstein present. If the Government objects to proceeding in that manner it must file an objection to that effect by September 30, 2021.

    SO ORDERED.

Dated: September 24, 2021                s/Mark A. Goldsmith
     Detroit, Michigan                 MARK A. GOLDSMITH
                                        United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their

respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 24, 2021.

s/Jennifer McCoy<br>Case Manager