UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      Case No. 20-20245

D-1 JOSEPH GREGORY DUMOUCHELLE,

      HON. MARK A. GOLDSMITH

      Defendant.
_____/

## ORDER REGARDING MOTION TO WITHDRAW

      Gerald Gleeson, counsel for Defendant Dumouchelle, has filed a motion to withdraw (Dkt. 46). The Court is inclined to conduct the hearing on this motion in camera, ex parte, and sealed, with only Defendant and Mr. Gleeson participating. If the Government objects to proceeding in that manner, it must file an objection to that effect by February 1, 2022.

      SO ORDERED.

Dated: January 28, 2022              s/Mark A. Goldsmith
       Detroit, Michigan            MARK A. GOLDSMITH
                                United States District Judge