UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH GREGORY DUMOUCHELLE,

    Defendant.
_____/

Case No. 20-20245

HON. MARK A. GOLDSMITH

## NOTICE TO APPEAR

The following defendant is hereby notified to appear: Joseph DuMouchelle.

The defendant shall appear before District Judge Mark A. Goldsmith at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 815, Detroit, Michigan, for the following proceeding(s):

- HEARING ON DEFENDANT'S REQUEST FOR REPLACEMENT OF COUNSEL (Dkt. 82): July 18, 2022 at 3:00 PM

**ADDITIONAL INFORMATION**: All parties are required to wear a mask.

Dated: July 15, 2022
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 15, 2022.

s/William Barkholz, in the absence
of Karri Sandusky
WILLIAM BARKHOLZ
Case Manager