UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH GREGORY DUMOUCHELLE,

    Defendant.

_____/

Case No. 20-20245

HON. MARK A. GOLDSMITH

## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO ADJOURN (Dkt. 87)

The Court set a hearing for July 19, 2022 to address certain motions and requests by or on behalf of Defendant Joseph DuMouchelle. Thereafter, DuMouchelle's counsel filed a motion to adjourn the hearing (Dkt. 87), stating that DuMouchelle could not attend the hearing in person. However, DuMouchelle appeared at the hearing in person and the hearing proceeded as scheduled. Accordingly, DuMouchelle's motion to adjourn (Dkt. 87) is denied as moot.

    SO ORDERED.

Dated: July 19, 2022　　　　　　　　　　　　s/Mark A. Goldsmith
   Detroit, Michigan　　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge