UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1   JOSEPH GREGORY DUMOUCHELLE,

    Defendant,

Case No. 20-cr-20245

Hon. Mark A. Goldsmith

## STIPULATION AND PROPOSED ORDER TO ALLOW LATE FILING OF DEFENDANT'S SENTENCING MEMORANDUM

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, that the Defendant may file his sentencing memorandum no later than 5:00 p.m. on July 22, 2022.

IT IS SO STIPULATED.

| | |
|---|---|
| *s/Karen L. Reynolds w/ permission*<br>Karen L. Reynolds<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226<br>karen.reynolds@usdoj.gov | *s/Gerald J. Gleeson, II*<br>Gerald J. Gleeson, II<br>Counsel for Defendant<br>Miller Canfield Paddock & Stone, PLC<br>840 W. Long Lake Road Suite 150<br>Troy, MI 48098-6358<br>gleeson@millercanfield.com<br>248-267-3296 |

Date: July 21, 2022

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1   JOSEPH GREGORY DUMOUCHELLE,

    Defendant,

Case No. 20-cr-20245

Hon. Mark A. Goldsmith

## ORDER TO ALLOW LATE FILING OF DEFENDANT'S SENTENCING MEMORANDUM

This Court, having reviewed the stipulation, being advised in the matter, and for the reasons stated by the parties,

IT IS HEREBY ORDERED that the Defendant may file his sentencing memorandum no later than 5:00 p.m. on July 22, 2022.

                                      s/Mark A. Goldsmith
                                      Hon. Mark A. Goldsmith
                                      United States District Court Judge

Dated: July 21, 2022