UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                         Plaintiff,

vs.

Joseph Gregory Dumouchelle,

                         Defendant.
_____/

Case No. 20-cr-20245

Honorable Mark A. Goldsmith

## ORDER (1) GRANTING THE GOVERNMENT'S APPLICATION TO AMEND THE PRELIMINARY ORDER OF FORFEITURE (DKT. 100) AND (2) AMENDING THE PRELIMINARY ORDER OF FORFEITURE (DKT. 41)

On December 15, 2021, this Court entered a preliminary order of forfeiture against defendant Joseph Gregory Dumouchelle, the terms of which are incorporated herein by reference. The preliminary order of forfeiture provided for a forfeiture money judgment in an amount to be determined at sentencing. (ECF No. 41). Prior to sentencing, the United States filed an application for entry of amended preliminary order of forfeiture. (ECF No. 100).

Based on the United States' application, the record in this case, the representations made at the June 22, 2022 evidentiary hearing, and under 18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(e)(1),

the preliminary order of forfeiture entered against defendant Joseph Gregory Dumouchelle on December 15, 2021 is hereby amended as follows:

1. The amount of the forfeiture money judgment against defendant Joseph Gregory Dumouchelle is $12 million dollars.

2. The money judgment may be satisfied, to whatever extent possible, from any property owned or under the control of defendant. To satisfy the money judgment, any assets that the defendant has now, or may later acquire, may be forfeited as substitute assets under 21 U.S.C. § 853(p)(2).

3. The United States is permitted to undertake whatever discovery is necessary to identify and locate property subject to forfeiture and substitute assets, pursuant to Fed. R. Crim. P. 32.2(b)(3).

4. This amended preliminary order of forfeiture shall become the final order of forfeiture at the time of sentencing and shall be made part of the sentence and included in the judgment.

5. No ancillary proceeding is required as the forfeiture consists solely of a money judgment. Fed. R. Crim. P. 32.2(c)(1).

6. The Court shall retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SO ORDERED.

Dated: July 28, 2022             <u>s/Mark A. Goldsmith</u>
                                                            Honorable Mark A. Goldsmith
                                                            United States District Court Judge