UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                Case No. 20-20245

vs.                                         HON. MARK A. GOLDSMITH

JOSEPH DUMOUCHELLE,

    Defendant.

_____/

# ORDER
## DIRECTING BRIEFING REGARDING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (Dkt. 128)

This Court has received Joseph Dumouchelle's motion for compassionate release and request for appointment of counsel (Dkt. 128). The Court finds that the request for appointment of counsel should be granted. An appointment order will issue separately.

The Court defers ruling on Dumouchelle's motion for compassionate release pending supplemental briefing. Dumouchelle must file—through his newly appointed counsel—a supplemental brief in support of his motion for compassionate release on or before April 24, 2023. The Court directs the Government to file a response within 21 days after the filing of the supplemental brief, along with all U.S. Bureau of Prisons records (medical, institutional, administrative) relevant to this motion. The Court grants the parties leave to file any records with personal or sensitive information under seal. If Dumouchelle desires to file a reply brief, he must do so, through counsel, within 14 days after the filing of the Government's response.

    SO ORDERED.

Dated: March 9, 2023                                      s/Mark A. Goldsmith
  Detroit, Michigan                                  MARK A. GOLDSMITH
                                                     United States District Judge