United States District Court
Eastern District of Michigan
Southern Division

United States of America,

        Plaintiff,

v.

Joseph Gregory Dumouchelle,

        Defendant.

Case No. 20-cr-20245

Hon. Mark A. Goldsmith

---

**United States' Response to Joseph Gregory Dumouchelle's Motion to Amend Supplemental Motion for Compassionate Release and to File Affidavit of Joseph Dumouchelle Under Seal [156]**

---

Claiming his previously filed Supplemental Motions for Compassionate Release (ECF Nos. 154, 155) included an affidavit that was inadvertently filed, Joseph Gregory Dumouchelle (Dumouchelle) seeks to amend the motion to file the affidavit under seal. The United States does not object.

**Discussion**

Dumouchelle seeks to amend his supplement motion for compassionate release to file Exhibit A, his affidavit, under seal because it contains personal medical information that should not be publicly available. Dumouchelle is correct in this request. However, a review of the docket and the exhibits to the motions indicates that all the exhibits refer to medical information and should be sealed. (ECF Nos.154 Exhibits 1-4; 155, Exhibits 1-4).

Dumouchelle also asks the court to allow him to expand his affidavit to "more fully set forth the factual basis for the pending motion…" (ECF No. 156, PageID.1915). The United States does not object.

## Conclusion

The court should grant Dumouchelle's Motion to Amend Supplemental Motion for Compassionate Release and to File Affidavit of Joseph Dumouchelle Under Seal. And the court should order that all exhibits to ECF 154 and 155 be filed under seal.

                                Respectfully Submitted,

                                JULIE A. BECK
                                Acting United States Attorney

                                *s/Karen L. Reynolds*
                                Karen L. Reynolds
                                Assistant United States Attorneys
                                211 West Fort Street, Suite 2001
                                Detroit, Michigan 48226
                                Karen.Reynolds@usdoj.gov

Dated: March 20, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I further certify that I have arranged to mail by United States Postal Service the document to the following non-CM/ECF participant:

Joseph Gregory Dumouchelle
Reg. No. 5796909
FEDERAL CORRECTIONAL INSTITUTION INMATE
P.O. BOX 779800
MIAMI, FL 33177