UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STAES OF AMERICA,**

      **Plaintiff,**

                                                   Case No. 20-CR-20245-001
-v-                                                Hon. Mark A. Goldsmith

**JOSEPH GREGORY DuMOUCHELLE,**

      **Defendant.**

                                       /

## ORDER GRANTING MOTION TO AMEND SUPPLEMENTAL MOTION FOR COMPASSIONATE RELEASE, SEALING EXHIBITS TO SUPPLEMENTAL MOTION (Dkt. 156) and STRIKING DUPLICATIVE DOCKET ENTRY (Dkt. 154)

This matter having come before the Court on Defendant's Motion to Amend Supplemental Motion for Compassionate Release and to File Affidavit of Joseph Dumouchelle, Exhibit A (under seal) (Dkt. 156), the Government having no objections to the same, and this Honorable Court being otherwise advised;

**IT IS HEREBY ORDERED** that Defendant's Motion to Amend Supplemental Motion for Compassionate Release and to File Affidavit of Joseph Dumouchelle, Exhibit A (under seal) be granted. The Court directs the Clerk's office to seal the following exhibits that contain private medical information: Dkts. 155-1, 155-2, 155-3, 155-4, and 156-1. Further, the Court directs the Clerk's office to strike Dkt. 154 because it is duplicative of Dkt. 155.

Defendant has 30 days from entry of this Order to file a supplemental brief. The Government shall file a response 30 days after the Defendant files his brief.

**IT IS SO ORDERED**.

Dated: April 30, 2025           s/Mark A. Goldsmith
       Detroit, Michigan           MARK A. GOLDSMITH
                                    United States District Judge