TRULINCS 57969039 - DUMOUCHELLE, JOSEPH GREGOR - Unit: COL-F-A

---

FROM: 57969039
TO:
SUBJECT: Petitioner's Motion Replying to Govt's Response
DATE: 04/29/2025 08:28:09 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JOSEPH DUMOUCHELLE
    Petitioner,

vs.          Case No. 2:20-cr-20245-MAG-EAS

UNITED STATES OF AMERICA,
    Respondent,
_____/

F I L E D
MAY 06 2025
CLERK'S OFFICE
DETROIT

    PETITIONER'S REPLY TO GOVERNMENT'S ANSWER

    Petitioner, Joseph DuMouchelle, replies to the Government's Response [Doc. 157]. The Government's position in response, only cabined that Mr. DuMouchelle's Motion to Amend was unopposed. However, the Government, based on a prior Order was required to file its response to the overall merits of the petition for compassionate release.

    The Government has failed to do so and has failed to seek an extension of time to file its response to the petition's claim. The parties have completed all necessary requirements in order for the petition to be ripe for consideration at this time and have an adjudication based on its merits.

    Respectfully submitted on this the 30th day of April, 2025.

                                  *Joseph DuMouchelle*
                              Joseph DuMouchelle, Petitioner

TRULINCS 57969039 - DUMOUCHELLE, JOSEPH GREGOR - Unit: COL-F-A

---

FROM: 57969039
TO:
SUBJECT: Notice of Filing
DATE: 04/29/2025 08:34:10 PM

April 29, 2025

Dear Clerk:

The Court had ordered for me to file a Reply on or before April 30, 2025, see [Doc. 156]. I just spoke, today, with my court appointed attorney about the filing, as a follow up to my call with him yesterday, and my email messages over the past two weeks. He stated that he would not be filing the Reply. Bottom line is, I have lost all trust in his ability to represent me. As a result, counsel stated that he will be filing a motion to withdraw from the case.

For this reason, I have enclosed my Reply, sent under the "prison-mail box rule" and it should be considered filed at the time. Please docket it on my behalf. Thank you for your time and consideration, it is greatly appreciated.

Please note: the Government's Response [Doc. 157], was sent to me, and supposed to be served to me, at the wrong and incorrect address as well as with an incorrect Reg. No. My correct current mailing address and Reg. No. are: Joseph DuMouchelle, Reg. No. 57969039, FCC Coleman Camp, P.O. Box 1027, Coleman, FL 33521. Thank you.

Sincerely yours,

*Joseph DuMouchelle*
Joseph DuMouchelle
Case No. 2:20-cr-20245-MAG-EAS

FROM:
DuMouchelle
#57969039
FCC Coleman Camp
P.O. Box 1027
Coleman, FL 33521

TO:
Clerk of Court
U.S. District Court
231 West Lafayette
5th Floor
Detroit, MI 48226

U.S. MARSHALS

CERTIFIED MAIL
9589 0710 5270 0001 2514 22

PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

RECEIVED MAY 06 2025

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

how2recycle.info
PAPER POUCH

EP14F October 2023
OD: 12 1/2 x 9 1/2

PS00001000014



