UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH GREGORY DUMOUCHELLE,

    Defendant.
_____/

Case No. 20-CR-20245

HON. MARK A. GOLDSMITH

## ORDER GRANTING GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (Dkt. 167)

The Court grants the Government's motion for an extension of the time to respond to Defendant's motion for compassionate release (Dkt. 128, as supplemented by Dkts. 155 and 158.). (Dkt. 167). The Government's response deadline is extended to on or before January 16, 2026. Defendant may file a reply brief in support of his motion and supplements on or before February 6, 2026.

    **SO ORDERED.**

Dated: December 17, 2025  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 17, 2025.

                                                        s/Joseph Heacox
                                                        JOSEPH HEACOX
                                                        Case Manager