# Exhibit A – No Administrative Remedy Requests

```
        FUNCTION: L-P  SCOPE: REG   EQ 57969-039    OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____ _____ _____ _____ _____ _____
TRACK: DEPT: _____ _____ _____ _____ _____ _____
       PERSON: ____ ____ ____ ____ ____ ____
       TYPE:   ____ ____ ____ ____ ____ ____
EVNT FACL: EQ _____ _____ _____ _____ _____ _____
RCV FACL.: EQ _____ _____ _____ _____ _____ _____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____ _____ _____ _____ _____ _____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


G5152      NO REMEDY DATA EXISTS FOR THIS INMATE
```