# Exhibit B – Sample Administrative Remedy Request Form (none filed)

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A— INMATE REQUEST**

_____      _____
DATE      SIGNATURE OF REQUESTER

**Part B— RESPONSE**

_____      _____
DATE      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE      CASE NUMBER: _____

---

CASE NUMBER: _____

**Part C— RECEIPT**
Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____      _____
DATE      RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN      PRINTED ON RECYCLED PAPER      BP-229(13)
APRIL 1982

U.S. Department of Justice
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _____   _____   _____   _____
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　REG. NO.　　　　UNIT　　　　INSTITUTION

**Part A - REASON FOR APPEAL**

_____　　　　　　　　　　　　_____
　　　　DATE　　　　　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____　　　　　　　　　　　　_____
　　　　DATE　　　　　　　　　　　　　　　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                                    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____   _____   _____   _____
　　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　REG. NO.　　　　UNIT　　　　INSTITUTION

SUBJECT: _____

_____　　　　　　　　　　　_____
　　　　DATE　　　　　　　　　　　　　　　　　　SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BP-230(13)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUNE 2002

U.S. Department of Justice                                      Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: _____  _____  _____  _____
         LAST NAME, FIRST, MIDDLE INITIAL              REG. NO.            UNIT             INSTITUTION

**Part A—REASON FOR APPEAL**

_____     _____
         DATE                                    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____     _____
         DATE                                    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                       CASE NUMBER: _____

---

**Part C—RECEIPT**

                                                 CASE NUMBER: _____

Return to: _____  _____  _____  _____
              LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.            UNIT             INSTITUTION

SUBJECT: _____

_____                      _____
         DATE                                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                                                          BP-231(13)
                                                                                 APRIL 1982